Jean Cook, appellee, v. Metropolitan Life Insurance Company, appellant. Gen. No. 39,059.

Opinion filed May 4, 1937.

Hoyne, O'Connor & Rubinkam, for appellant; Nathaniel Rubinkam and William S. Allen, of counsel. L. A. Wescott, for appellee; A. D. McMahon, of counsel.

Mr. Justice Friend delivered the opinion of the court.